IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Nashville Community Bail Fund, </br></br> *Plaintiff*, </br></br> v. </br></br> Hon. Howard Gentry, Criminal Court Clerk; *in his official capacity*; </br></br> *Defendant*. | Civil Action No. 3:20-cv-00103 </br></br> Judge Aleta A. Trauger |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01(b) of the Local Rules of this Court, Thomas H. Castelli, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Brandon Buskey, American Civil Liberties Union Foundation, 125 Broad Street, New York, NY 10004, 212-284-7364, bbuskey@aclu.org, for the purposes of litigation in this Court as counsel for plaintiffs.

1. Brandon Buskey does not reside in this district and does not maintain an office in this district for the practice of law.

2. Brandon Buskey is a member in good standing of the United States Court of Appeals for the Fifth Circuit. A certificate of good standing and sworn statement regarding disciplinary and criminal proceedings are attached, and the filing fee in the amount of $100.00 will be tendered to the Clerk via the Court's electronic payment system.

Respectfully submitted,

*/s/ Thomas H. Castelli*
Thomas H. Castelli, BPR#024849
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
tcastelli@aclu-tn.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Nashville Community Bail Fund, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-cv-00103 |
| ) | |
| Hon. Howard Gentry, Criminal Court ) | Judge Aleta A. Trauger |
| Clerk; *in his official capacity*; ) | |
| ) | |
| *Defendant*. ) | |

## DECLARATION OF BRANDON BUSKEY

1. I hereby certify that I am a member in good standing of the United States Court of Appeals for the Fifth Circuit. A true and correct copy of my Certificate of Good Standing is included with the motion for my admission *pro hac vice*.

2. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

s/ Brandon Buskey<br>
Brandon Buskey<br>
AMERICAN CIVIL LIBERTIES<br>
UNION FOUNDATION<br>
125 Broad Street<br>
New York, NY 10004<br>
(212) 284-7364<br>
bbuskey@aclu.org

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the foregoing *Motion For Admission Pro Hac Vice* will be served on counsel for Howard Gentry identified below contemporaneously with the Summons and Complaint via hand delivery on the 6th day of February 2020:

>Hon. Howard Gentry, Criminal Court Clerk
>c/o Bob Cooper, Director
>Metro-Nashville Government Department of Law
>Metro Courthouse, Suite 108
>P.O. Box 196300
>Nashville, TN 37219-6300

>*/s/*Thomas H. Castelli
>Thomas H. Castelli