# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Brandon Buskey,** was duly admitted to practice in this Court on October 06, 2017, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on January 08, 2020

_____  By: _____
LYLE W. CAYCE                   Sabrina B. Short
Clerk                           Deputy Clerk

**A True Copy**
**Certified Jan 08, 2020**

**Clerk, U.S. Court of Appeals, Fifth Circuit**